

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-19-00737-CR, 04-19-00738-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court Nos. 5942 & 6023
Honorable Kirsten B. Cohoon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

Aidan Vitela's motion for rehearing is DENIED.

However, acting sua sponte, we WITHDRAW our opinion and judgment of September 29, 2021, and we substitute this opinion and judgment in their stead.

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 22, 2021.

_____
Patricia O. Alvarez, Justice